UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| STACEY MERCER<br>*an individual*,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GATEWAY INN, INC.,<br>*a New York corporation,*<br><br>　　　　　　Defendant. | CASE NO.: 1:21-cv-00070-PGG-DCF<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT PREJUDICE |

------------------------------------------------------X

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff STACEY MERCER by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal without Prejudice as to defendant GATEWAY INN, INC.

DATED: Garden City, New York
　　　　　March 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**Bashian & Papantoniou, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　500 Old Country Road, Ste. 302
　　　　　　　　　　　　　　　　　　　　　　　Garden City, NY 11530
　　　　　　　　　　　　　　　　　　　　　　　Tel:　(516) 279-1554
　　　　　　　　　　　　　　　　　　　　　　　Fax:　(516) 213-0339

　　　　　　　　　　　　　　　　　　　　　　　*By: /s/ Erik M. Bashian*
　　　　　　　　　　　　　　　　　　　　　　　**ERIK M. BASHIAN, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　　eb@bashpaplaw.com

　　　　　　　　　　　　　　　　　　　　　　　The Clerk of Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul G. Gardephe*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

82299v2　　　　　　　　　　　　　　　　　　　Dated: March 23, 2021